S. LANE TUCKER (AK #0705011)
STOEL RIVES LLP
510 L Street, Suite 500
Anchorage, AK 99501-1959
Telephone: (907) 277-1900
Facsimile: (907) 277-1920
Email: sltucker@stoel.com

Attorneys for Plaintiff
KOHT'AENE ENTERPRISES COMPANY, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KOHT'AENE ENTERPRISES COMPANY, LLC, an Alaska limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ANGEL MENENDEZ ENVIRONMENTAL SERVICES, INC., a Georgia corporation,<br><br>Defendant. | Case No. 3:11-CV-00076-TMB<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

COMES NOW the plaintiff, Koht'aene Enterprises Company, LLC, by and through its counsel of record, and pursuant to FRCP 41(a)(1)(A)(i), hereby files a notice of dismissal with prejudice of the above-captioned matter prior to defendant's filing an answer to the complaint or a motion for summary judgment. The parties have reached a resolution of this matter, which includes an agreement that this matter be dismissed with prejudice and each party will bear its own costs, expenses, and attorenys' fees.

DATED:   June 13, 2011                STOEL RIVES LLP


                                       By:   /s/ S. Lane Tucker
                                             S. LANE TUCKER
                                             Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

  I hereby certify that on the 13th of June 2011, a copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** was electronically filed. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

            STOEL RIVES LLP

            */s/ S. Lane Tucker*
            S. Lane Tucker

**STOEL RIVES LLP**
510 L Street, Suite 500, Anchorage, AK 99501
*Main (907) 277-1900 Fax (907) 277-1920*