IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KOHT'AENE ENTERPRISES COMPANY, LLC, an Alaska limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ANGEL MENENDEZ ENVIRONMENTAL SERVICES, INC., a Georgia corporation,<br><br>Defendant. | Case No. 3:11-CV-00076-TMB<br><br>**ORDER**<br>**RE STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

The Court having considered plaintiff's motion to dismiss with prejudice filed June 13, 2011,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice, both parties to bear their own costs, expenses, and attorney fees.

DATED at Anchorage, Alaska, this 14th day of June, 2011.


DATED  June 14, 2011            /s/ Timothy M. Burgess
                                Timothy M. Burgess
                                United States District Judge